# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0373

VERSUS

ANDREW D. WETZEL                                      **JULY 6, 2021**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          1077-F-2021.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED AS MOOT**. The record of the St. Tammany Parish
Clerk of Court shows that the district court has appointed
conflict counsel in this case and that relator has been
arraigned.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT